**FILE COPY**



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

VIVIAN LONG
Clerk

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 29, 2018

David Franklin West
TDCJ-ID #2051612
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

Larry Fadler
Assistant District Attorney
715 South Dumas Avenue, Room 304
Dumas, TX 79029
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-16-00137-CR, 07-16-00138-CR
Trial Court Case Number: 4471, 4471

**Style:** David Franklin West v. The State of Texas

Dear Mr. West and Counsel:

By Order of the Court, Pro Se's Motion for Rehearing is this day overruled.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Honorable Ron Enns (DELIVERED VIA E-MAIL)
Terri Banks (DELIVERED VIA E-MAIL)
R. Walton Weaver (DELIVERED VIA E-MAIL)